**Order entered July 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00380-CV

**LUTHERAN SOCIAL SERVICES OF THE SOUTH, INC., Appellant**

**V.**

**WINNIE BLOUNT, INDIVIDUALLY AND AS NEXT FRIEND OF P.B., MINOR CHILD, AND JOHN BLOUNT, INDIVIDUALLY AND AS NEXT FRIEND OF P.B., MINOR CHILD, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02429**

## ORDER

We **GRANT** appellees' July 9, 2015 unopposed motion for an extension of time to file a brief. Appellees shall file a brief by **AUGUST 14, 2015**. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/  ELIZABETH LANG-MIERS
   JUSTICE